## Waligora Estate.

Argued March 13, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*P. T. Kiniry,* with him *Reginald L. Pawlowski,* and *Pawlowski and Kiniry,* for appellant.

*G. Harry Isaacson,* for appellee.

OPINION PER CURIAM, May 4, 1973:

Decree vacated and record remanded for appointment of a guardian ad litem to represent decedent's minor children in the administration of this estate.

Each party to pay own costs.